

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: September 30, 2019

*M. Elaine Hammond*
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SUMMITRIDGE VENTURE GROUP, LLC,<br><br>Debtor. | Case No. 19-51855 MEH<br><br>Chapter 7 |

## ORDER EXTENDING DEADLINE

On request of the debtor, and good cause appearing, the deadline to file the required documents is extended to close of business on **October 4, 2019**. In the event the debtor fails to timely file the above documents, this case may be dismissed without further notice or hearing.

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**

All ECF Recipients